1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CECIL SHAW, | ) No. 5:14-cv-01382-VAP-DTB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF ACTION** |
| RAYMOND C. PARKS, Trustee of the PARKS FAMILY TRUST U/T/A dated April 12, 1985, et al., | ) |
| Defendants. | ) |

1  IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and
2  Defendants Raymond C. Parks, Trustee of the Parks Family Trust U/T/A dated
3  April 12, 1985; and Stevenson Restaurants, Inc., dba Burger King #12586, the
4  parties to this action, by and through their respective counsel, that pursuant to
5  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is
6  hereby dismissed with prejudice in its entirety.

8  Date: October 8, 2014            MOORE LAW FIRM, P.C.

10                                  /s/ Tanya E. Moore
11                                  Tanya E. Moore
12                                  Attorneys for Plaintiff,
                                    Cecil Shaw

14                                  THE LAW OFFICES OF JERRY K. STAUB

16                                  /s/ Jerry K. Staub
17                                  Jerry K. Staub
                                    Attorneys for Defendants,
18                                  Raymond C. Parks, Trustee of the Parks Family
19                                  Trust U/T/A dated April 12, 1985; and Stevenson
                                    Restaurants, Inc., dba Burger King #12586

IT IS SO ORDERED.
DATED: 10/9/14

_Virginia A. Phillips_
UNITED STATES DISTRICT JUDGE